IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BILLY RAY GRAYS**                                                                           **PETITIONER**

**4:21CV00356 LPR/PSH**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction ("ADC")**                          **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 4th day of November, 2021.

                                                           <u>Billy Roy Wilson</u>
                                                           UNITED STATES DISTRICT JUDGE